In the Matter of ECHO W. DIXON, Appellant, v STATE OF NEW YORK et al., Respondents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ECHO W. DIXON, Appellant, v STATE OF NEW YORK et al., Respondents.

Submitted July 15, 2013; decided September 10, 2013

On the Court's own motion, appeal, insofar as taken from the June 2013 Appellate Division order, dismissed, without costs, upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; appeal otherwise dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.